IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Iverson III, William B | Case Number:  07 B 14531 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  8/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 350.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 331.10 |
| Trustee Fee: | | 18.90 |
| Other Funds: | | 0.00 |
| Totals: | 350.00 | 350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,831.00 | 331.10 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Marquette Consumer Finance | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 1,528.00 | 0.00 |
| 6. | GMAC Mortgage Corporation | Secured | 16,092.00 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 75.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 34.20 | 0.00 |
| 9. | Capital One | Unsecured | 170.99 | 0.00 |
| 10. | Nicor Gas | Unsecured | 51.94 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | Capital Management | Unsecured | | No Claim Filed |
| 13. | Household Bank FSB | Unsecured | | No Claim Filed |
| 14. | Rogers & Hollands Jewelers | Unsecured | | No Claim Filed |
| 15. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,783.13 | $ 331.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 18.90 |
| | _____ |
| | $ 18.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Iverson III, William B | Case Number:  07 B 14531 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  8/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

